Case 4:19-cv-01374   Document 21   Filed on 08/22/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CORNELL GALENTINE**, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> **WELLS FARGO HOME MORTGAGE,** <br><br> Defendant. | § § § § § § § § § CIVIL ACTION NO. 4:19-CV-1374 |

## FINAL JUDGMENT

Plaintiffs Cornell and Sallie Galentine filed suit in state court against Defendant Wells Fargo Home Mortgage on March 29, 2019, seeking relief under state law. (Doc. No. 1-5.). Defendant timely removed to federal court on April 16, 2019. (Doc. No. 1.) The Court granted Defendant's Motion to Dismiss on August 9, 2019. (Doc. No. 20.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Order granting the Motion to Dismiss, final judgment is hereby **ENTERED** for Defendant Wells Fargo Home Mortgage.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 22nd day of August, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE